UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
POLLY PODPESKAR, individually on behalf of
herself and all others similarly situated,
                                Plaintiff,

      -v-

DANNON COMPANY, INC.,
                              Defendant.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/17
```

16 CIVIL 8478 (KBF)

## JUDGMENT

Defendant having moved to dismiss, or in the alternative a motion to stay the case pending relevant FDA regulations, and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on December 3, 2017, having rendered its Opinion and Order granting Defendant's motion to dismiss Plaintiff's claims and directing the Clerk of Court to terminate this action, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 3, 2017, Defendant's motion to dismiss Plaintiff's claims is granted; accordingly, the case is closed.

**Dated:** New York, New York
          December 4, 2017

                                              RUBY J. KRAJICK
                                                 Clerk of Court
                                BY:
                                                    *K. Mango*
                                                   Deputy Clerk